BRAVO, DEMANDANTE Y APELADO, *v.* MARTÍNEZ HERMANOS, DEMANDADOS Y APELANTES.

APELACIÓN procedente de la Corte de Distrito de Mayagüez en pleito sobre cancelación de crédito hipotecario (moción sobre desestimación de apelación.)

No. 2956.—Resuelto en febrero 8, 1923.

APELACIÓN—NOTIFICACIÓN DE LA APELACIÓN—PARTE ADVERSA.—La parte adversa a quien debe notificarse la apelación es aquella que puede ser afectada adversamente por la revocación; resolviéndose en este caso que no son partes adversas dos demandados igualmente causahabientes con el apelante por razón de una obligación contraída por su causante.

DESESTIMACIÓN DE APELACIÓN POR FALTA DE NOTIFICACIÓN.—Si en contestación a una moción para desestimar, por falta de notificación a partes adversas, el apelante justifica con una certificación que la notificación a dichas partes, que no consta en los autos, sin embargo se hizo, la Corte Suprema puede ejercitar su discreción y admitir, como admitió en este caso, la certificación, y negar la desestimación.

Los hechos están expresados en la opinión.

Abogado de los apelantes: *Sr. G. Altiery.*

Abogado del apelado: *Sr. J. Sabater.*

EL JUEZ ASOCIADO SR. WOLF, emitió la opinión del tribunal.

Un demandante, después de celebrado un juicio en el cual ninguno de los demandados compareció, obtuvo sentencia contra todos. Uno de los demandados, como a los dos años siguientes, alegando ciertas nulidades solicitó de la corte que dejara sin efecto la sentencia. La corte desestimó

la moción y dicho demandado interpuso recurso de apelación. Esta es una moción para que se desestime la apelación.

El fundamento de la moción es que el apelante no ha notificado a todas las partes necesarias. La causa de acción originariamente fué contra un socio de una mercantil y este apelante y otros demandados eran respectivamente, la viuda del socio y los herederos de éste. Estos otros demandados son las partes a quienes el apelado dice que debió haberse notificado de la apelación. Tal notificación no constaba en la transcripción original.

El artículo 296 del Código de Enjuiciamiento Civil prescribe que se notifique el escrito de apelación a la parte contraria, o a su abogado. Parte contraria quiere decir aquélla que tiene un interés adverso al apelante y que sería afectada desfavorablemente por una revocación. *Candelas v. Ramírez*, 20 D. P. R. 34; *Galafar v. Sucesión Morales*, 22 D. P. R. 531; *Ninlliat v. Suriñach*, 25 D. P. R. 551, y casos *Diamond Bank v. Van Meter et al.*, 21 A. E. Ann. Cas. 1273. y extensiva nota; 3 C. J. pág. 1220, y siguientes.

El anterior fundamento no fué alegado por el apelante pero como era jurisdiccional nos sentimos obligados a examinarlo *motu proprio*. El apelante, sin embargo, presenta una certificación del secretario de la corte de distrito de donde aparece que los dos demandados fueron en realidad notificados. Debemos ejercitar nuestra discreción en admitir esta certificación y existiendo realmente la notificación negarnos a desestimar la apelación también por ese fundamento.

La moción de desestimación debe ser declarada sin lugar.

*Sin lugar la moción.*

Jueces concurrentes: Sres. Presidente del Toro y Asociados Aldrey, Hutchison y Franco Soto.